# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **VIAAS Inc.**, <br><br> Plaintiff, <br><br> v. <br><br> **Vivint Smart Home Inc.**, <br><br> Defendant. | Civil Action No. 6:22-cv-01052 |

**JOINT MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Vivint Smart Home Inc. ("Vivint Smart Home") and Plaintiff VIAAS Inc. ("VIAAS") (collectively, the "Parties") file this Joint Motion to Extend Deadline to Answer or Otherwise Respond to Complaint and respectfully show as follows:

The Parties notify the Court that they have met and conferred regarding an extension of time and move for the Court to modify the deadline for Vivint Smart Home to answer or otherwise respond to November 30, 2022. Vivint was served with the original complaint (Dkt. 1) on October 10, 2022. The Parties do not seek to modify any other deadline. The Parties do not seek this modification for the purpose of delay.

1

Dated: November 1, 2022.	Respectfully submitted,

By:	*/s/ J. Michael Thomas*
J. Michael Thomas (Texas Bar No. 24066812)
FOLEY & LARDNER LLP
2021 McKinney, Suite 1600
Dallas, Texas 75201
214-999-3000
jmthomas@foley.com

David R. Wright (Lead Attorney)
(Application for Pro Hac Vice Forthcoming)
Jared J. Braithwaite
(Application for Pro Hac Vice Forthcoming)
FOLEY & LARDNER LLP
95 South State Street, Suite 2500
Salt Lake City, Utah 84111
801-401-8900
drwright@foley.com
jbraithwaite@foley.com

*Attorneys for Defendant Vivint Smart Home Inc.*

By:	*/s/ William P. Ramey, III*
William P. Ramey, III (Texas Bar No. 24027643)
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
713-426-3923
wramey@rameyfirm.com

*Attorneys for Plaintiff
VIAAS Inc.*

2

4867-2703-2381.1

## Certificate of Service

I certify that the foregoing document is being served via the Court's CM/ECF system on all counsel of record who consent to electronic service per Local Rule CV 5(a)(3), or, otherwise, as required by the local and federal rules.

*/s/ J. Michael Thomas*
J. Michael Thomas

## Certificate of Conference

The undersigned hereby certifies that counsel for Defendant Vivint Smart Home Inc. and counsel for Plaintiff VIAAS Inc. met and conferred, and all parties agree to the filing of the forgoing document as a joint notice.

*/s/ J. Michael Thomas*
J. Michael Thomas

4867-2703-2381.1