# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **VIAAS Inc.**, <br><br> Plaintiff, <br><br> v. <br><br> **Vivint Smart Home Inc.**, <br><br> Defendant. | Civil Action No. 6:22-cv-01052 |

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO ORIGINAL COMPLAINT

ON THIS DAY, came on to be heard Defendant Vivint Smart Home Inc. and Plaintiff VIAAS Inc.'s Joint Motion to Extend Deadline to Answer or Otherwise Respond to Plaintiff's Original Complaint.

The Court, having considered the motion, is of the opinion it is well-taken and should be GRANTED in all ways.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that the Joint Motion to Extend Deadline to Answer or Otherwise Respond to Original Complaint is GRANTED and Defendant Vivint Smart Home Inc.'s deadline to answer or otherwise respond to the Original Complaint is November 30, 2022.

SO ORDERED this ____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS

4883-2126-1117.1