IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIAAS Inc., <br>     Plaintiff, <br> <br> v. <br> <br> Vivint Smart Home, Inc., <br>     Defendant. | ) <br> ) <br> )   Civil Action 6:22-cv-01052-KC <br> ) <br> ) <br> )   JURY TRIAL DEMANDED <br> ) <br> ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S 12(b)(2)(3)(6) MOTION TO DISMISS**

Viaas Inc. files this Motion for Extension of Time to Respond to Defendant, Vivint Smart Home, Inc.'s, 12(b)(2)(3)(6) Motion to Dismiss, ECF 12. Plaintiff contacted Defendant's counsel and requested an extension for the same, and Defendant is unopposed. Plaintiff files this motion unopposed and agreed to allow a 2-week extension of time to respond to the Motion to Dismiss up to and including January 2, 2023.

Respectfully submitted,

**Ramey LLP**

_____
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for VIAAS Inc.*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that Kyril Talanov of Ramey LLP conferred with Jared J. Braithwaite of Foley & Lardner LLP via e-mail on December 19, 2022, Defendant are unopposed to 2 week of extension of time.

/s/ *Kyril Talanov*
Kyril Talanov

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of December 21, 2022, with a copy of the foregoing via email and ECF filing.

/s/ *William P. Ramey, III*
William P. Ramey, III