**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **VIAAS INC.,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**Vivint Smart Home, Inc.,**<br><br>     **Defendant.** | §§§§§§§§§§§§§§§<br><br>**CIVIL ACTION NO. 6:22-cv-01052-KC**<br><br>**JURY TRIAL DEMANDED** |

**(PROPOSED) ORDER ON UNOPPOSED MOTION FOR EXTENSION
FOR VIAAS INC. TO
RESPOND TO MOTION TO DISMISS 12(b)(2)(3)(6)**

The Court having considered this Unopposed Motion for Extension for Viaas, Inc to Respond to Motion to Dismiss, ECF No. 12 in this matter including January 2, 2023 and that Defendant does not oppose this motion, the Motion is for Extension is hereby GRANTED.

Signed this ___ day of _____, 20___.

BY THE COURT

_____
Honorable Judge Presiding

1