# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VIAAS Inc., ) | |
|    Plaintiff, ) | |
| ) | Civil Action No. 6:22-cv-01052-KC |
| v. ) | |
| ) | |
| Vivint Smart Home, Inc., ) | JURY TRIAL DEMANDED |
|    Defendant. ) | |

## MOTION FOR VENUE DISCOVERY

Plaintiff, VIAAS Inc, ("VIAAS") intends to conduct venue discovery in this case. Defendant, Vivint Smart Home, Inc., ("Vivint") filed its Motion to Dismiss for Improper Venue, Doc No. 19, on January 17, 2023.

This Motion is to inform this Court that VIAAS will conduct venue discovery to retain this case in the Western District of Texas.

Respectfully Submitted

**Ramey LLP**

*/s/William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for* **VIAAS Inc.,**

1

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of January 18, 2023, with a copy of the foregoing via ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III